IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No. 5:14-CR-88(GTS) |
| | ) |
| v. | ) **Indictment** |
| | ) |
| **JOSEPH JENKINS,** | ) Violation:    18 U.S.C. § 1621(2) |
| | )                    [Perjury] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Onondaga |

### THE GRAND JURY CHARGES:

**COUNT 1**
[Perjury]

On or about October 4, 2011, in Onondaga County in the Northern District of New York, the defendant, **JOSEPH JENKINS**, in a statement made under penalty of perjury as permitted under section 1746 of Title 28, United States Code, willfully subscribed as true a material matter which he did not believe to be true, that is the defendant completed a Criminal Justice Act Form 23-Financial Affidavit and signed such form under penalty of perjury knowing that it was false because, as **JENKINS** then well knew, he had substantially more assets than **JENKINS** declared on the form, and **JENKINS** submitted such form to the United States District Court for the Northern District of New York in order to obtain court-appointed counsel, in violation of Title 18, United States Code, Section 1621(2).

Dated:   March 5, 2014

A TRUE BILL,   *Name Redacted

_____
Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: *Tamara B. Thomson*
Tamara B. Thomson
Assistant United States Attorney
Bar Roll No. 515310