UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ORDER APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER

United States of America

    -vs.-                           Case No.  **5:14-CR-88 (GTS)**
                                                     **5:11-CR-602 (GTS)**

Joseph Jenkins

       Because the above-named person has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require;

       It is hereby **ORDERED** that:

       The Office of the Federal Public Defender for the Northern District of New York is assigned representation of the above-named defendant and shall file a notice of appearance with the Clerk of Court.

Dated: May 30, 2014
at Syracuse, New York


_____
David E. Peebles
U.S. Magistrate Judge