# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Albany Office | Syracuse Office |
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |

**Lisa Peebles**
**Federal Public Defender**

**RESPOND TO SYRACUSE OFFICE**

November 4, 2014

Hon. Elizabeth A. Wolford
US District Court Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

**RE: UNITED STATES V. JOSEPH JENKINS**
**CASE NO.: 5:14-CR-88 (EAW)**

Dear Judge Wolford:

I am respectfully seeking to withdraw as Mr. Jenkins' attorney. Based upon my communications with Mr. Jenkins, I believe that there is a conflict so great that I cannot provide him with an adequate defense. See this Court's decision in *United States v. Jafari*, 2014 WL 2547603 (decided 5/30/14).

I believe, and Mr. Jenkins also agrees, that we have irreconcilable differences as to how the case is to proceed. On today's date, Mr. Jenkins has advised me that he does not want me to file "any papers" on his behalf and will either be seeking to represent himself or have the Court appoint him another attorney. He has further instructed me that I am to do nothing further on his case and he was upset that I interviewed potential Government witnesses. He stated that he will be filing motions himself as to certain matters. In light of the restraints Mr. Jenkins has placed on my ability to represent him, and his desire to either have another attorney or represent himself, I am respectfully requesting to be relieved as counsel.

Very respectfully yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By: /s/ *Randi J. Bianco, Esq.*
Assistant Federal Public Defender

cc: Tamara B. Thompson, Esq., AUSA
Joseph Jenkins