United States
v
Jenkins

Case 5:14-cr-88
Hon Elizabeth A Wolford
Northern District New York

**Notice of Objection / intent to challenge issue**

**Background** On 3/9/15 (Pretrial Conference) AUSA Thomson appeared with AUSA Commandeur

**Facts** Defense is not aware of any motions filed or special circumstances existing that would allow two government attorneys to be present during trial. To date allegations do not involve conspiracys, organized crime (mob activies) or hundreds of witnesses or thousands of documents needing to be mananged.

**Argument** If Ms Thomson cannot litigate a private citizen by herself and Mr Commandeur does not have enough work to otherwise occupy his time their positions should be re-evaluated.

**Conclusion** Governmental [mis]conduct has allowed substantial advantages over defense to this point in time. Only one attorney need be present. I request the court order such remedy, or alternately appoint/retain council (of defendants choice) (see doc #26) as previously requested.

Respectfully Submitted

3-12-15

Joseph Jenkins
Defendant

Joseph Jenkins (28990)
6075 Judd Rd
Orskany NY 13424

**ONEIDA COUNTY JAIL INMATE MAIL**

Federal District Court
PO Box 7368
Syracuse NY 13202

13261736868

SYRACUSE NY 130
18 MAR 2015 PM 1 L

MAR 18 2015

