# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# NORTHERN DISTRICT OF NEW YORK

| Albany Office | Syracuse Office |
|---|---|
| 39 NORTH PEARL ST. | 4 CLINTON SQUARE |
| 5TH FLOOR | 3RD FLOOR |
| ALBANY, NY 12207 | SYRACUSE, NY 13202 |
| (518) 436-1850 | (315) 701-0080 |
| (518) 436-1780 FAX | (315) 701-0081 FAX |

**Lisa Peebles**
**Federal Public Defender**

**RESPOND TO SYRACUSE OFFICE**

March 23, 2015

Hon. Elizabeth A. Wolford
US District Court Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

RE:   UNITED STATES V. JOSEPH JENKINS
      CASE NO.: 5:14-CR-88 (EAW)

Dear Judge Wolford:

At the pretrial conference, the Court asked defense counsel to assist Mr. Jenkins with obtaining clothes to wear during his trial. Defense counsel agreed and purchased $45.00 worth of clothes from a local Thrifty Shop. I had to use my own funds as our office is not allowed to use office funds for these types of expenses. Counsel informed Mr. Jenkins of this today and asked Mr. Jenkins for the phone number of his parents so that counsel could seek reimbursement for this purchase. Mr. Jenkins refused to provide counsel with this phone number and stated that he did not believe either he, or his parents, should have to incur this cost. During this phone call I informed Mr. Jenkins that I would have to return the clothes since he will not agree to provide me with his parents' phone number to reimburse me for this purchase and I advised him that he will have to proceed to trial in jail issued clothing. Mr. Jenkins indicated that he understood this and still refused to provide me with his parents' phone number. He will, therefore, be appearing at trial in his jail clothing.

Very respectfully yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:   /s/   *Randi J. Bianco, Esq.*
      Assistant Federal Public Defender

cc:   Tamara B. Thompson, Esq., AUSA
      Joseph Jenkins