# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## NORTHERN DISTRICT OF NEW YORK

Albany Office
39 NORTH PEARL ST.
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
(518) 436-1780 FAX

Syracuse Office
4 CLINTON SQUARE
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

**Lisa Peebles**
**Federal Public Defender**

RESPOND TO SYRACUSE
OFFICE

March 23, 2015

Hon. Elizabeth A. Wolford
US District Court Northern District of New York
James M. Hanley Federal Building
100 S. Clinton St.
Syracuse, NY 13261

**RE:    UNITED STATES V. JOSEPH JENKINS**
**       CASE NO.: 5:14-CR-88 (EAW)**

Dear Judge Wolford:

    I am writing to advise the Court that I was able to reach Joseph Jenkins' mother, who is willing to reimburse our office for the clothes we purchased for him to wear to trial. Therefore, if he agrees to wear the clothing, he will not be in the jail attire.

Very respectfully yours,
OFFICE OF THE FEDERAL PUBLIC DEFENDER

By:  /s/   *Randi J. Bianco, Esq.*
Assistant Federal Public Defender

cc:    Tamara B. Thompson, Esq., AUSA
       Joseph Jenkins