Case 5:14-cr-88  
Motion/notice/update

Joseph Jenkins  
6075 Judd Road  
Oriskany, NY 13424

Judge Wolford  
100 State Street  
Rochester NY 14614

**FILED** MAR 25 2015  
AT ____ O'CLOCK  
Lawrence K. Baerman, Clerk - Syracuse

Syracuse Copy:  
VIA: NDNY Syracuse (time restraints)

Dear Judge Wolford,

**I** On March 9, 2015 you ordered the government "to provide defendant with copies of subpoenas used to obtain the financial records of defendant and his parents." (Text 3/9/15)

(1) To date these have not been disclosed

(2) Recent government documents include new allegations that "Jenkins falsely represented his income and assets" and "income and expenses" indicating financial and income related documents may have been obtained and not disclosed

(3) The vague indictment (doc#2) was challenged previously by the public defenders office only alleging "substantially more assets" than disclosed on the "CJA-23 form"

**II** Based on Thomsons prior (mis)conduct I seek

(1) Immediate disclosure of all subpoenas (documented exchange)

(2) Clarification of what I am exactly accused of

(3) Grand jury (untampered with) transcripts related to subpoenas and original requests/additional requests of (all subpoenas)

(4) Time to review research accordingly  
(a) I have no income records (b) income disclosure from government

(5) Move to suppress any "income" related documents or verbal references accordingly as inappropriate.

**III** I believe a Pretrial Conference is necessary to clear up issues - properly turnover subpoenas, paperwork (discovery)

Sincerely,  
[signature]

CC    Rochester - State St. via mail        Joseph Jenkins

Joseph Jenkins (29190)
6075 Judd Rd
Oriskany, NY 13424

ONEIDA COUNTY JAIL
INMATE MAIL

SYRACUSE NY 130
23 MAR 2015 PM 1 L

MAR 25 2015

Federal District Court
PO Box 7396
Syracuse, NY 13261-7396