

United States Department of Justice

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *100 South Clinton Street, P.O. Box 7198* | *Tel.: (315) 448-0672* |
| *James M. Hanley Federal Building* | *Fax: (315) 448-0658* |
| *Syracuse, New York 13261-7198* | |

March 27, 2015

Hon. Elizabeth A. Wolford
U.S. District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

      Re:  *United States v. Joseph Jenkins*
           Criminal Action No.:  5:14-CR-88 (EAW)

Dear Judge Wolford,

      At the pretrial conference, the Court ordered the United States Probation Department to disclose to the parties the Pretrial Services Report.  A copy of the report was provided to the government and the defendant on March 9, 2015.  In preparing the matter for trial, the government became aware of a financial information sheet that is used by the probation officer writing the report.  The financial information sheet is essentially the notes of the probation officer; the substantive information noted in the financial information sheet is contained within the Pretrial Services Report.  The financial information sheet is not ever attached to the Pretrial Services Report.  The government requested a copy of the financial worksheet from the probation department and received an email with the worksheet attached.  The e-mail, with the worksheet attached, was forwarded to Assistant Public Defender Randi Bianco today, on receipt of same.  The government is mailing a copy of the financial information sheet to the defendant.

                                  Respectfully,

                                    RICHARD S. HARTUNIAN
                                  United States Attorney

             By:    */s/ Tamara B. Thomson*
                     Tamara B. Thomson
                     Assistant United States Attorney
                     Bar Roll No. 515310

cc:  AFPD Randi Bianco, Esq.
     Joseph Jenkins, *pro se*