UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

JOSEPH JENKINS,

          Defendant.

VERDICT SHEET

14-CR-0088 EAW

---

1. As to Count One charging the defendant, Joseph Jenkins, with violating 18 U.S.C. § 1621(2), how do you find?

    Not Guilty_____    Guilty __X__

   If your answer to Question 1 was "Guilty," proceed to Question 2. If your answer to Question 1 was "Not Guilty," stop and report your verdict.

2. Place an "X" next to the statement(s) that you unanimously agree are perjurious:

    __X__ Statement One: Defendant Joseph Jenkins was asked: "Have you any cash on hand or money in savings or checking account?" Defendant Joseph Jenkins answered "Yes," and identified a "total amount" of "$10,000."

    __X__ Statement Two: Defendant Joseph Jenkins was asked: "Do you have any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding *ordinary* household furnishings and clothing)?" Defendant Joseph Jenkins answered "Yes," and identified only a "2003 Dodge Ram" with a "value" of "$8,000."

YOUR DELIBERATIONS ARE COMPLETE.

REPORT YOUR VERDICT TO THE MARSHAL.

PLEASE REMEMBER TO DATE AND SIGN YOUR VERDICT SHEET, THANK YOU.

Dated: April 1, 2015

\*\*NAME REDACTED

FOREPERSON