UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 5:14-CR-088 (EAW)
DATE: March 30, 2015 – April 1, 2015
PRESIDING JUDGE: Hon. Elizabeth A. Wolford

☒ GOVERNMENT   ☐ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 1 | 3/30/2015 | 3/30/2015 | Judge Baxter<br>K. Gridley<br>G. Jenkins<br>J. Jenkins | CJA-23 Form Dated 10/04/11 |
| 1A* | 3/31/2015 | | Judge Baxter<br>K. Gridley<br>J. Jenkins | Original CJA-23 Form Dated 10/04/11 |
| 2 | 3/31/2015 | 3/31/2015 | K. Gridley | CD of Proceedings held 10/4/11 |
| 3A | 3/31/2015 | 3/31/2015 | M. Wojeski<br>C. Rupp<br>G. Jenkins | CD of Inmate Phone Calls |
| 3A - B | 3/31/2015 | 3/31/2015 | C. Rupp<br>G. Jenkins | Recording of Inmate Call on 10/06/11 (subset of 3A) |
| 3A - C | 3/31/2015 | 3/31/2015 | C. Rupp<br>G. Jenkins | Recording of Inmate Call on 10/20/11 (subset of 3A) |
| 3B | | | | Transcript of Inmate Call on 10/06/11 |
| 3C | | | | Transcript of Inmate Call on 10/20/11 |
| 4A | 3/31/2015 | 3/31/2015 | P. D'Angelo | Capital One Summary Chart |

| | | | | |
|---|---|---|---|---|
| 4B | 3/31/2015 | 3/31/2015 | P. D'Angelo | Business Records of Capital One |
| 5A | 3/31/2015 | 3/31/2015 | M. Cummings | Joint First Niagara Bank Acct No.: 0111021705 |
| 5B | 3/31/2015 | 3/31/2015 | M. Cummings | Personal First Niagara Bank Acct No.: 8510157988 |
| 5C | 3/31/2015 | 3/31/2015 | M. Cummings | Jenkins Electric First Niagara Bank Business Acct No.: 7900093803 |
| 6A | 3/31/2015 | 3/31/2015 | M. Halvorson | Ameriprise Portfolio: Jan 1-Dec 31 2011 |
| 6B | 3/31/2015 | 3/31/2015 | M. Halvorson | Ameriprise Portfolio: Jan 1- May 31 2012 |
| 7A | 3/31/2015 | 3/31/2015 | L. Sheridan | Registration and Title Records (2000 Yamaha and 1998 Bomba) |
| 7B | 3/31/2015 | 3/31/2015 | L. Sheridan | DMV Title Record: 03 Dodge Blue ; Plate # 78367MA |
| 7C | 3/31/2015 | 3/31/2015 | L. Sheridan | DMV Title Record: 08 CA/AM Green ATV; Plate # 25YS15 |
| 7D | 3/31/2015 | 3/31/2015 | L. Sheridan | DMV Title Record: 98 Shore White LTRL; Plate #AL90005 |
| 7E | 3/31/2015 | 3/31/2015 | L. Sheridan | DMV Title Record: 96 Custo Green LTRL; Plate #AD71072 |
| 7F | 3/31/2015 | 3/31/2015 | L. Sheridan | DMV Title Record: 99 JB/EN Green TRLR; Plate # AL90869 |

Exhibits Returned to Counsel (DATE):  4/1/2015

Signature: _[signature]_

* This exhibit is an original Court document. Therefore, the exhibit was not returned to counsel and is maintained by the Court.