UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

*UNITED STATES OF AMERICA v. JOSEPH VINCENT JENKINS*

CASE NO.: 5:14-CR-088 (EAW)
DATE: March 30, 2015 – April 1, 2015
PRESIDING JUDGE: Hon. Elizabeth A. Wolford

☐ GOVERNMENT    ☒ DEFENDANT

| EXHIBIT NUMBER | DATE MARKED FOR ID | DATE ADMITTED IN EVIDENCE | WITNESS | EXHIBIT DESCRIPTION |
|---|---|---|---|---|
| 400 | 3/31/2015 | 3/31/2015 | P. D'Angelo | Capital One Credit Card Statement 8/26 – 9/25/11 |
| 401 | 3/31/2015 | 3/31/2015 | P. D'Angelo | Capital One Credit Card Statement 9/26 – 10/25/11 |
| 402 | 3/31/2015 | 3/31/2015 | | Capital One Credit Card Statement 10/26 – 11/25/11 |

Exhibits Returned to Counsel (DATE):  4/1/2015

Signature: *[signature]*