

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

## COMMUNICATION FROM THE JURY TO THE COURT

### UNITED STATES OF AMERICA
### vs.

### Joseph Jenkins
### Case # 14-cr-88

**To the Court:**

We Juror made decided in the Case

Signed: **NAME REDACTED**
Foreperson of the Jury

**COURT USE ONLY**
**RECEIVED**

Court Exhibit #: 1
Initials: NME
Date: 4/1/15
Time: 1:58 pm