UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOSEPH JENKINS,

        Defendant.

**SENTENCING GUIDELINE ORDER**

14-CR-0088 EAW

| | |
|---|---|
| ASSISTANT U.S. ATTORNEY | Tamara Thompson & Nicolas Commandeur |
| DEFENSE ATTORNEY | Joseph Jenkins (*Pro Se*) |
| INTERPRETER (YES OR NO) | No |
| DATE OF VERDICT | April 1, 2015 |
| SENTENCING DATE | August 3, 2015 at 10:00 A.M. |
| INITIAL PSR DUE | June 29, 2015 (35 DAYS PRIOR TO SENTENCING) |
| OBJECTIONS (IF ANY), AND MOTIONS (IF ANY) DUE **(IF THERE ARE NO OBJECTIONS, COUNSEL ARE DIRECTED TO FILE A STATEMENT INDICATING THIS)** | July 13, 2015 (14 DAYS AFTER RECEIPT OF THE PSR) |
| RESPONSES TO ANY OBJECTIONS OR MOTIONS DUE | July 20, 2015 (14 DAYS PRIOR TO SENTENCING) |

| | |
|---|---|
| 5K.1 APPLICATION, IF ANY, DUE | July 24, 2015 |
| | (10 DAYS PRIOR TO SENTENCING) |
| | |
| LETTERS OR SIMILAR SUBMISSIONS DUE | July 24, 2015 |
| | (10 DAYS PRIOR TO SENTENCING) |
| | |
| FINAL PSR DUE | July 27, 2015 |
| | (7 DAYS PRIOR TO SENTENCING) |

*The deadlines set forth above are based on the sentencing date originally set by the Court. If the Court grants an adjournment of the sentencing date, the parties are obligated to calculate the new deadlines for submission based on any adjourned sentencing date. In other words, whatever the sentencing date, the general time requirements set forth above apply.*

**<u>SUBMISSIONS NOT IN COMPLIANCE WITH THIS ORDER WILL NOT BE CONSIDERED.</u>**

NOTE: MOTIONS FOR EXTENSION OF TIME ARE DUE TWO (2) BUSINESS DAYS PRIOR TO ANY DEADLINE.

SO ORDERED.

Dated: Syracuse, New York
April 2, 2015

_____
Elizabeth A. Wolford
United States District Judge